UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GORMAN,<br><br>    Plaintiff,<br><br>  -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, INC., and HSBC MORTGAGE SERVICES, INC.,<br><br>    Defendants. | Civil Action No.: 07 CV 1846 (Patterson, J.)<br><br>ECF Case |

## DECLARATION OF A. GREGORY GIBBS
### IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

I, A. GREGORY GIBBS, hereby declare that:

1. I am an associate in the New York office of the law firm of Jones Day, representing Experian Information Solutions, Inc. ("Experian"), a defendant in the above-captioned action.

2. I make this declaration in support of Experian's Motion for Summary Judgment.

3. Exhibit 1, attached hereto, to the best of my knowledge, is a true and accurate copy.

4. Exhibit 2, attached hereto, to the best of my knowledge, is a true and accurate copy.

5. Exhibit 3, attached hereto, to the best of my knowledge, is a true and accurate copy.

6. Exhibit 4, attached hereto, to the best of my knowledge, is a true and accurate copy.

7. Exhibit 5, attached hereto, to the best of my knowledge, is a true and accurate copy.

8. Exhibit 6, attached hereto, to the best of my knowledge, is a true and accurate copy.

9. Exhibit 7, attached hereto, to the best of my knowledge, is a true and accurate copy.

10. Exhibit 8, attached hereto, to the best of my knowledge, is a true and accurate copy.

11. Exhibit 9, attached hereto, to the best of my knowledge, is a true and accurate copy.

12. Exhibit 10 attached hereto, to the best of my knowledge, is a true and accurate copy.

13. Exhibit 11, attached hereto, to the best of my knowledge, is a true and accurate copy.

14. Exhibit 12, attached hereto, to the best of my knowledge, is a true and accurate copy.

15. Exhibit 13, attached hereto, to the best of my knowledge, is a true and accurate copy.

This declaration is made pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct, on May 16, 2008 in New York, New York.

_____
A. Gregory Gibbs