UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT GORMAN

                Plaintiff

    -vs-

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, INC., and
HSBC MORTGAGE SERVICES, INC.

                Defendant

**DECLARATION OF
KEVIN MALLON**

Case No: 07 CV 1846

---

KEVIN MALLON, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice before this court, and Of Counsel to Fishman & Neil, LLP, counsel for the plaintiff Robert Gorman in this Action.

2. I make this affidavit in opposition to defendant HSBC Mortgage Services, Inc. and defendant Experian Information Solutions, Inc.'s respective motions for summary judgment.

3. Attached as Exhibit A is an Expert Report prepared by Thomas A. Tarter, a credit expert retained by the plaintiff in this action.

4. Attached as Exhibit B are relevant portions from the deposition transcript of Ann Marie Gardiner of HSBC.

5. Attached as Exhibit C are relevant portions from the deposition transcript of Laquinta Henning of HSBC.

6. Attached as Exhibit D are relevant portions from the deposition transcript of Kimberly Hughes of Experian.

7.      Attached as Exhibit E are relevant portions from the deposition transcript of David

Browne of Experian.

I declare under the penalty of perjury that the foregoing to is true and accurate.


Dated: June 5, 2008

    New York, NY

KEVIN MALLON